PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Fatimah Blair                                                                 Cr. 03-00356-001

Name of Sentencing Judicial Officer: THE HONORABLE HAROLD A. ACKERMAN

Date of Original Sentence: 01-20-04

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 16 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                           Date Supervision Commenced: 07-05-05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for            Years, for a total term of            Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived in this case.

## CAUSE

When supervised release commenced in July 2005, the probation officer instructed the offender to notify our office with 72 hours of any change in employment (which is a standard condition of supervision). Additionally, due to Blair's history of engaging in acts of theft and fraud at some of her prior places of employment (which includes hotels), she was given strict instructions to notify the probation officer in advance of, or immediately after, taking a new position of employment so that probation could conduct a third-party risk evaluation. On March 22, 2006, the offender reported to the probation office and admitted that she has been working full-time for a hotel in Parsippany since January 2006 and failed to notify her probation officer of this change in employment within 72 hours. Furthermore, since the start of the supervised release term, the offender has made only two restitution payments totaling $70 (she is required to make monthly payments in the amount of $150). For this reason, the offender's restitution payment status is currently in default. In addition, the offender has consistently failed to submit monthly supervision reports and proof of legitimate income to the probation officer in a timely manner. The offender will be placed on a reporting schedule to facilitate to collection of her paperwork and restitution payments, and she will be required to make a third-party risk notification to her current employer.

PROB 12B - Page 2
FATIMAH BLAIR

Respectfully submitted,

Donald L. Martenz, Jr.
U.S. Probation Officer
Date: April 6, 2006

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/15/06
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived in this case.

Witness: _____          Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee
Donald L. Martenz, Jr.                              FATIMAH BLAIR

4-6-06
DATE